AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-MJ-2747 | Date and time warrant executed: 9 JULY 2017 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:
Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.

PARTIAL EXTRACTION OF DATA FROM ROSE GOLD iPHONE

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 26 JULY 2019

_William Cone_
Executing officer's signature

WILLIAM CONE, SPECIAL AGENT, FBI
Printed name and title